UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:21-cr-33-KKM-JSS

JAMES ROLAND JONES
_____/

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

On March 3, 2021, Defendant, by consent, has appeared before this Court pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 6.01(c)(12) and has entered a plea of guilty to Count One of the Information. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowingly and voluntarily entered and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. This Court, therefore, recommends that the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

Due to the national emergency created by the novel coronavirus and consistent with the authority provided by Section 15002 of the Coronavirus Aid, Relief, and Economic Security (CARES) Act and the Court's February 24th Administrative Order, 8:20-mc-25 (M.D. Fla. February 24, 2021), I conducted the change of plea hearing by videoconference. I did not postpone the change of plea hearing because defense counsel contended, and I found, delay of the hearing would cause a serious harm to

the interests of justice. More specifically, delaying the proceedings further is impracticable because there is no determinable end to the current national emergency stemming from the novel coronavirus, and the interests of justice would be seriously harmed by prolonged, indefinite delay of Defendant's change of plea hearing in light of Defendant's indication that he wishes to plead guilty. Defendant would like to move his case forward towards sentencing without further delay.

Defendant consented to appearing by videoconference, and both Defendant and defense counsel indicated they had discussed the hearing format in advance. The Government did not object to the videoconference format. Defendant's image and voice were clear, and I confirmed all participants could see and hear all other participants clearly.

**DONE** and **ORDERED** in Tampa, Florida, on March 3, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.